IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GEORGE A. SEMIAN,<br>a/k/a George Andrew Semian<br>a/k/a George Semian<br>                      Debtor | CHAPTER 13<br><br>Case No. 5-23-00220 HWV |
| KNEPH, LLC,<br>                      Plaintiff<br><br>vs.<br><br>GEORGE A. SEMIAN,<br>a/k/a George Andrew Semian<br>a/k/a George Semian<br>                  Defendants | Adversary No. 5:23-ap-00025-MJC |

## CERTIFICATE OF SERVICE

I, Raymond W. Ferrario, Esquire, hereby certify that on this 20th day of June, 2023, I served a true and correct copy of a Summons and Complaint upon the following individuals via U.S. First Class Mail:

        Tullio DeLuca, Esquire
        381 North Ninth Avenue
        Scranton, PA 18504
         *Attorney for Debtor, George A. Semian*

        George A. Semian
        Apartment 403
        200 Adams Avenue
        Scranton, PA 18503

        RAYMOND W. FERRARIO, P.C.


        by *s/Raymond W. Ferrario*
        Raymond W. Ferrario, Attorney for KNEPH, LLC
        Suite 528, 538 Biden Street
        Scranton, PA 18503
        570-963-7878; FAX: 570-963-7850
        raymondwferrariopc@comcast.net
        Supreme Court I.D. No. 35096